NOT FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

AUG 26 2016

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DOUGLAS KISAKA,

    Plaintiff-Appellant,

v.

UNIVERSITY OF SOUTHERN
CALIFORNIA; et al.,

    Defendants-Appellees.

No. 14-55649

D.C. No. 2:11-cv-01942-BRO-MAN

MEMORANDUM[*]

Appeal from the United States District Court
for the Central District of California
Beverly Reid O'Connell, District Judge, Presiding

Submitted August 16, 2016[**]

Before:    O'SCANNLAIN, LEAVY, and CLIFTON, Circuit Judges.

Douglas Kisaka appeals pro se from the district court's order dismissing his

action alleging federal and state law claims arising various incidents that occurred

on the University of Southern California's campus.   We have jurisdiction under

_____

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.   See Fed. R. App. P. 34(a)(2).

28 U.S.C. § 1291.   We review for an abuse of discretion the district court's dismissal for failure to comply with court orders.   *Malone v. U.S. Postal Serv.*, 833 F.2d 128, 130 (9th Cir. 1987).   We affirm.

The district court did not abuse its discretion by dismissing Kisaka's action after Kisaka repeatedly failed to comply with court orders, meet deadlines, or appear at hearings, despite being warned that failure to do so would result in dismissal.   *See id.* (discussing the five factors the district court must weigh before dismissing a case for failure to comply with a court order).   Because we affirm the district court's dismissal of Kisaka's action for failure to comply with court orders, we do not consider Kisaka's challenges to the district court's interlocutory orders. *See Al-Torki v. Kaempen*, 78 F.3d 1381, 1386 (9th Cir. 1996) ("[I]nterlocutory orders, generally appealable after final judgment, are not appealable after a dismissal for failure to prosecute, whether the failure to prosecute is purposeful or is a result of negligence or mistake." (citation and internal quotation marks omitted)).

Kisaka's request for judicial notice, filed on April 9, 2015, is denied.

**AFFIRMED.**

14-55649